<u>Criminal Memo to the Docket Clerk</u>
-------------------------------------------------X
\*
\*
UNITED STATES of AMERICA        \*    2007  CRIM.  00789 - 01  (RJH)
\*
- VS -                          \*    DATE : 10 / 25 / 07
\*
JONNY COLESON                   \*    HON: RICHARD J. HOLWELL
\*    U.S.D.J.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*X
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

( 1. ) FOR THE GOVERNMENT :
**Chi T. Steven Kwok**
Asst. U. S. Attorney
One St. Andrews Plaza
New York, N.Y. 10007
Tel: ( 212 637- 2415 )
Fax: ( 212 637- 0000 )

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/1/07
```

( 1. ) FOR THE DEFENDANT :  COLESON
**Pirya Chaudhry**
111 Broadway ( ste 1401 )
New York, N.Y. 10006
Tel: ( 212 616- 3047 )
Fax: ( 212 616- 3048 )

FOR THE DEFENDANT :  COLESON
DENISE MIRANDA
HARRIS & MIRANDA, L.L.P.
100 PARK AVENUE ( ste 1600 )
NEW YORK, N.Y.  10017
TEL: (212) 551- 3223
FAX:(212) 880- 6499

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
10 / 25 / 07            **SUBSTITUTION OF COUNSEL**

The Court Orders the substitution of new counsel in the above case.

Present retained counsel Denise Miranda is relieved, and New CJA counsel Pirya Chaudhry is appointed as new counsel for the defendant.

SO  ORDERED :
New York, New York
October 25, 2007                    _____
                                    Richard J. Holwell U.S.D.J.