USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/29/07

*Susan G. Kellman*
*Attorney at Law*
*25 Eighth Avenue*
*Brooklyn, New York 11217*

*Telephone: (718) 783-8200*  *Telefax: (718) 783-8226*
*e-mail: kellmanesq@aol.com*

NOV 20

November 15, 2007

**BY ECF and REGULAR MAIL**
Hon. Richard J. Holwell
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

                        Re: **United States v. Johnny Coleson, et al.**
                              07 Cr. 789 (RJH)

Dear Judge Holwell:

     Enclosed is a copy of the electronic Notice of Appearance I filed in connection with undertaking to represent Mr. Johnny Coleson, in the above-referenced matter. I have been in touch with Priya Chaudhry, Esq., Mr. Coleson's prior attorney. Ms. Chaudhry has represented that she will provide the undersigned with any material currently in her possession in connection with this matter. I will check with the Court's deputy to determine whether the Court will require Ms. Chaudhry to appear at the next status conference in order to be formally relieved by the Court.

     Since speaking with Mr. Coleson and AUSA Kwok, I have learned that Mr. Coleson was released on a personal recognizance bond that requires him to wear an electronic bracelet. It is my understanding that he is permitted to leave his home for medical and attorney visits. Accordingly, we ask that the Court permit Mr. Coleson to attend church each Sunday, from 10am until 2pm. I have discussed this modification with AUSA Kwok and he informs that he takes no position with regard to this application.

*Application Granted*
*SO ORDERED*

*[signature]*
USDJ
11/27/07

The Court's attention to these matters is greatly appreciated.

Respectfully submitted,

Susan G. Kellman

cc: Chi T. Steve Kwok,
Asst. United States Atty.

Priya Chaudhry, Esq.

Franco Firelli, PreTrial Services

Johnny Coleson