UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA,

              - v.-                        07 Cr. 789 (RJH)

                                                          NOTICE OF APPEARANCE and
JOHNNY COLESON,                        REQUEST FOR ELECTRONIC
                                         .                        NOTIFICATION

                        Defendant.
-------------------------------------------------------x

TO:    CLERK OF COURT
         UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF NEW YORK

       The undersigned attorney, having been admitted to practice before this Court in August, 1981, respectfully requests that the Clerk note her appearance in the above-captioned case and add her as a "Filing User" to whom all Notices of Electronic Filing will be transmitted in this case.

Dated:      November 16, 2007
                Brooklyn, New York

                                                                     Respectfully submitted,

                                                                   *Susan G. Kellman*

                                                                   Susan G. Kellman
                                                                   *Attorney for Defendant*
                                                                   **Johnny Coleson**
                                                                   25 8th Avenue
                                                                   Brooklyn, New York 11217
                                                                   (718) 783-8200
                                                                   kellmanesq@aol.com