U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

FYI

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/08
```

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 19, 2008



MAR 19 2008

CHAMBERS OF
RICHARD J. HOLWELL

**VIA FACSIMILE**

The Honorable Richard J. Holwell
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

       Re:    United States v. Coleson et al.,
               07 Cr. 789 (RJH)

Dear Judge Holwell:

       Pursuant to Your Honor's Order at the March 14, 2008, status conference, the Government respectfully submits this letter to advise the Court of the medical situation of Johnny Coleson, the defendant. According to defense counsel at the status conference, the defendant, who had surgery on his leg before he was remanded, has not been able to have his cask taken off by doctors at the Metropolitan Detention Center ("MDC"), where he is currently detained.

       I spoke to Adam Johnson, a staff attorney at the MDC, who informed me that the MDC is aware of the defendant's medical situation. He advised me that the cask has not yet been taken off because it is necessary for the defendant to be examined by an orthopedic specialist and that, if the specialist deems it appropriate for the cask to be removed, the procedure would have to be performed by the specialist. I was further informed that the defendant would be examined by an orthopedic specialist no later than April 2, 2008.

*Counsel shall advise the Court should an examination not take place by 4/2/08.*

*SO ORDERED*

[signature]
USDJ
3/20/08

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: [signature]
Chi T. Steve Kwok
Assistant United States Attorney
Telephone: (212) 637-2415
Facsimile: (212) 637-2390

cc: Susan Kellman
*Counsel to Johnny Coleson*

TOTAL P.02